UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY-LEAVENWORTH DIVISION

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY, <br><br> and <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br>      Plaintiffs, <br><br> v. <br><br> MARTIN BRAUNER, <br><br>      Defendant. <br>------------------------------------------------<br> MARTIN BRAUNER, <br><br>      Counter-Plaintiff, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY, <br><br> and <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br>      Counter-Defendants. | Case No. 2:21-cv-02164-DDC-ADM |

## CERTIFICATE OF SERVICE

Brian J. Niceswanger and Stephanie A. Preut of EVANS & DIXON, LLC., counsel for defendant Martin Brauner, hereby certify that they served the original of the following via United States Mail, first-class, postage prepaid, to counsel for plaintiffs, Douglas S. Beck, Esq. and W. Clark Richardson, Esq. of SHOOK, HARDY & BACON L.L.P., 2555 Grand Boulevard, Kansas City, Missouri 64108-2613, on this 30th day of November, 2021:

- *Defendant Martin Brauner's First Interrogatories Directed to GEICO General Insurance Company and Government Employees Insurance Company's*; and

- *Defendant Martin Brauner's First Request for Production of Documents Directed to GEICO General Insurance Company and Government Employees Insurance Company's.*

Respectfully submitted,

**EVANS & DIXON, L.L.C.**

/s/Brian J. Niceswanger
Brian J. Niceswanger    KS #12531
Stephanie A. Preut    KS #24971
82 Corporate Woods, Suite 900
10851 Mastin Boulevard
Overland Park, Kansas 66210
(T) 913.701.6810
(F) 913.341.2293
KCCivilLit@evans-dixon.com
**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF MARTIN BRAUNER**

## CERTIFICATE OF SERVICE

On this 30th day of November, 2021, the undersigned hereby certifies that a copy of the above and foregoing was served via United States Mail, first-class, postage prepaid, properly addressed to:

Douglas S. Beck, Esq.
W. Clark Richardson, Esq.
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613
dbeck@shb.com
wrichardson@shb.com
**ATTORNEYS FOR PLAINTIFFS
AND COUNTER-DEFENDANTS**

/s/Brian J. Niceswanger
ATTORNEY FOR DEFENDANT
MARTIN BRAUNER

2