**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION – KANSAS CITY**

| | |
|---|---|
| **GEICO GENERAL INSURANCE COMPANY,** | )<br>)<br>) |
| and | )<br>) |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **Case No.** 4:22-cv-00082-CV-W-FJG |
| **MARTIN BRAUNER,** | )<br>)<br>) |
| and | )<br>) |
| **M.O.,** | )<br>)<br>) |
| Defendants. | )<br>) |
| AND | )<br>) |
| **MARTIN BRAUNER** | )<br>) |
| and | )<br>) |
| **M.O.,** | )<br>)<br>) |
| Counter-plaintiffs, | )<br>) |
| v. | )<br>) |
| **GEICO GENERAL INSURANCE COMPANY,** | )<br>)<br>) |
| and | )<br>) |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY,** | )<br>)<br>) |
| Counter-defendants, | ) |

# CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 13th day of May, 2022, Plaintiffs served via electronic mail (Word document and PDF format) the following:

- *GEICO General Insurance Company and Government Employees Insurance Company's Objections & Answers to M.O.'s First Interrogatories;* and

- *GEICO General Insurance Company and Government Employees Insurance Company's Objections &Responses to M.O.'s First Requests for Production.*

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ W. Clark Richardson
Douglas S. Beck, #70743
W. Clark Richardson, #27740
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816-474-6550
Facsimile: 816-421-5547
dbeck@shb.com
wrichardson@shb.com
*Attorneys for Plaintiffs/Counter-Defendants*

# CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 13th day of May, 2022, the above was filed with the Court's ECF notification system, which sent notice to all counsel of record.

/s/ W. Clark Richardson
*Attorneys for Plaintiffs/Counter-Defendants*