IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION – KANSAS CITY

| | | |
|---|---|---|
| GEICO GENERAL INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Case No. 4:22-cv-00082-CV-W-FJG |
| MARTIN BRAUNER, et al., | ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| MARTIN BRAUNER, et al. | ) ) | |
| Counter-plaintiffs, | ) ) | |
| v. | ) ) | |
| GEICO GENERAL INSURANCE COMPANY, et al., | ) ) ) | |
| Counter-defendants. | ) ) | |

## NOTICE OF REMAND OF RELATED MISSOURI ACTION

Defendants GEICO General Insurance Company and Government Employees Insurance Company (collectively "GEICO") respectfully inform the Court of the January 10, 2023 opinion from the Missouri Supreme Court in the underlying tort action captioned *M.O. v. GEICO General Insurance Company*, *et al.*, No. SC99732 (Mo. 2023). The Missouri Supreme Court determined that GEICO had a right to intervene before judgment, vacated the judgment, and remanded the case to the trial court to allow for GEICO's intervention. Thus, as GEICO explained in its summary judgment briefing before this Court, there has been no final judgment in the underlying tort case. *See*, *e.g.*, ECF No. 159, GEICO's Reply in Supp. Mot. Summ. J., at *5; ECF No. 160, GEICO's

1

Opp'n. to Brauner's Mot. Summ. J., at *11 n.9. A copy of that Missouri Supreme Court opinion is attached hereto as **Exhibit A**.

Dated: February 6, 2023

Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

By: */s/ Douglas S. Beck*
    Douglas S. Beck, MO #49984
    Sarah Lynn Baltzell, MO #60937
    W. Clark Richardson, MO #66948
    Michael Hayes, MO #71922
    2555 Grand Boulevard
    Kansas City, Missouri 64108-2613
    Telephone: 816-474-6550
    Facsimile: 816-421-5547
    dbeck@shb.com
    slynn@shb.com
    wrichardson@shb.com
    mhayes@shb.com

    J. Max Rosen (admitted *Pro Hac Vice)*
    MUNGER, TOLLES & OLSON LLP
    560 Mission Street, 27th Floor
    San Francisco, California 94105
    Telephone: 415-512-4000
    Max.rosen@mto.com

    Cary B. Lerman (admitted *Pro Hac Vice)*
    MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, 50th Floor
    Los Angeles, California 90071
    Telephone: 213-683-9100
    Cary.lerman@mto.com

    *Attorneys for Plaintiffs/Counter-defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed and served via the Court's electronic filing system on February 6, 2023, upon all counsel of record.

*/s/ Douglas S. Beck*
